UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-00457-MR

| | |
|---|---|
| SHALOM SCOTT, ) ) Plaintiff, ) ) vs. ) ) C.D. WATSON, ) ) Defendant. ) _____ ) | **ORDER** |

**THIS MATTER** is before the Court on a motion for extension of time [Doc. 24], filed on Plaintiff's behalf.

On October 14, 2020, Plaintiff's Complaint brought pursuant to 42 U.S.C. § 1983 survived initial review as to Plaintiff's claims against Defendant Watson for violation of his substantive due process rights, gross negligence, excessive punishment, and deliberate indifference. [Doc. 11]. Plaintiff is currently incarcerated at Mecklenburg County Jail. Defendant Watson answered Plaintiff's Complaint and the Court entered a Pretrial Order and Case Management Plan, which set the discovery deadline as March 16, 2021 and the dispositive motions deadline as April 15, 2021. [Docs. 16, 17].

Recently before the Court was an unsigned letter written and filed on behalf of Plaintiff ostensibly by another inmate at Mecklenburg County Jail. [Doc. 22]. The Court struck this letter, advising Plaintiff that only he "may file motions on his own behalf" for the reasons stated in that Order. [Doc. 23]. The Court "admonished [the Plaintiff] that he must file his own motions, signed solely by him." [Id.]. The Court further advised Plaintiff as follows:

> Any future pleadings filed or signed by anyone other than Plaintiff may also be stricken and/or referred to the North Carolina State Bar for a determination of whether others are engaging or attempting to engage in the unauthorized practice of law on Plaintiff's behalf. Plaintiff may seek any assistance he needs in reading or physically writing his pleadings from his case manager or other inmates, but any such pleadings must be signed and submitted by the Plaintiff himself.

[Id. at 3].

The instant motion seeks an unspecified extension of time "for pretrials order and case management plan deadlines." [Doc 24 (errors uncorrected)]. In the motion, the author states that he "wrote this motion for plaintiff Shalom Scott because he had difficulties reading and writing because of a eye disease he is sadated by mental health medications." [Id. (errors uncorrected)]. The instant motion, however, is written and signed by someone other than the Plaintiff. [See id.]. The Court will, therefore, strike

this motion. Again, even if Plaintiff needs and has help in writing documents he submits to this Court, they must be signed by him and him alone.

## **ORDER**

**IT IS, THEREFORE, ORDERED** that the motion [Doc. 24] is hereby **STRICKEN** from the record in this matter.

**IT IS SO ORDERED**.

Signed: March 25, 2021

Martin Reidinger
Chief United States District Judge