# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| SHALOM SCOTT, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:20-cv-00457-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| CURTISHA WATSON, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 6, 2021 Memorandum of Decision and Order.

December 6, 2021

Frank G. Johns, Clerk
United States District Court